IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 12-03079-01-CR-S-DGK |
| EZRA ROBERT GRAMM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On November 18, 2013, the Court ordered Defendant to undergo a psychological examination pursuant to 18 U.S.C. § 4244. Defendant was examined by Dr. Randall Rattan, who prepared a report dated March 18, 2014. A hearing was held before United States Magistrate Judge David Rush on May 1, 2014.

On June 24, 2014, Judge Rush entered a "Report and Recommendation," recommending that Defendant be found to not presently suffer from a mental disease or defect that requires his custody for care and treatment in an inpatient psychiatric facility. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Rush is adopted in its entirety. This Court finds that Defendant is not presently suffering from a mental disease or defect that requires his custody for care and treatment in an inpatient psychiatric facility.

 /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date:   July 18, 2014